# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

LUKIS CRUZ,

    Plaintiff,

v.                                                                                        No. 18cv378 RB/KK

VERIZON CORPORATION,

    Defendant.

## MEMORANDUM OPINION AND ORDER
## DENYING MOTION FOR RESTITUTION

**THIS MATTER** comes before the Court on Plaintiff's Motion for Restitution (Doc. 10), filed March 24, 2020.

Mr. Cruz asserts claims pursuant to the Racketeer Influenced and Corrupt Organizations Act ("RICO"), 18 U.S.C. §§ 1961–1968, on the grounds that Verizon gave other persons access to the images and data on Plaintiff's phone. (*See* Doc. 1 (Compl.).) The Court dismissed Plaintiff's federal-law claims for failure to state a claim and declined to exercise jurisdiction over Plaintiff's state-law claims. (*See* Doc. 4.) The Court entered its Final Judgment on May 14, 2018. (Doc. 8.) Plaintiff did not appeal.

On March 24, 2020, Plaintiff filed a letter stating:

> Crime is governing me into poverty. I need restitution and payment for every bit of of time each of my cases takes between the point they knew there was an issue and mature compliance w/ myself. Crime likely convinces itself that it is better than myself but w/o hearing, face, honesty, false virus for the purpose of obtaining U.S. funding or other funding for a false emergency (Probable cause statement). I was once charged a high rate of interest on a debt which turned out to be crime also on the part of the person who made the judgement, likewise in this.

(Doc. 10 at 1–2.)

The Court denies the Motion for Restitution because this case has been dismissed.

**IT IS ORDERED** that Plaintiff's Motion for Restitution (Doc. 10) is **DENIED.**

_____
ROBERT C. BRACK
SENIOR U.S. DISTRICT JUDGE